UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

Lease Group Resources, Inc., a New Jersey
corporation,

    Plaintiff,

v.                                                 Case No. 08-11217

Detroit Public School District, a Michigan        Honorable Sean F. Cox
Public School District,

    Defendant.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to Summary Judgment with respect to Count I of its Complaint in this matter and is hereby awarded a **JUDGMENT** of $253,391.87. Counts II and III of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**.

This is a final order and closes this action.

                              S/Sean F. Cox
                              Sean F. Cox
                              United States District Judge

Dated: April 14, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 14, 2009, by electronic and/or ordinary mail.

                              S/Jennifer Hernandez
                              Case Manager